Abraham FIELDS, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 99207.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 24, 2013.

Jessica M. Hathaway, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, and GLENN A. NORTON, JJ.

## ORDER

PER CURIAM.

Abraham Fields appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).